AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21-mj-00094-SHL |
| Kuachua Brillion Xiong | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING
### and/or Preliminary Hearing

A detention and preliminary hearing in this case is scheduled as follows:

| Place: United States Courthouse, Council Bluffs, IA | Courtroom No.: 314, VTC with DSM room 455 |
|---|---|
| | Date and Time: 12/30/2021 3:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: December 27, 2021

*Judge's signature*

Stephen H. Locher, U.S. Magistrate Judge
*Printed name and title*