AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>Kuachua Brillion Xiong<br><br>*Defendant* | Case No. 1:21-mj-94 |

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Kuachua Brillion Xiong**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Threats against a former U.S. President, in violation of Title 18, United States Code, Section 879.

Date: 12/22/2021

*Issuing officer's signature*

City and state: Council Bluffs, IA via videoconference

Stephen Locher, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/22/21, and the person was arrested on *(date)* 12/23/21
at *(city and state)* ATLANTIC, IA.

Date: 12/23/21

*Arresting officer's signature*

JUSTIN LARSON, SPECIAL AGENT
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
3:44 pm, Dec 22 2021