IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | No. 1:21-mj-00094-SHL |
| ) | |
| v. ) | |
| ) | **DEFENDANT'S NOTICE OF** |
| ) | **INSANITY DEFENSE** |
| ) | |
| **KUACHUA BRILLION XIONG,** ) | |
| ) | |
| **Defendant.** ) | |

COMES NOW, Defendant Kuachua Brillion Xiong, to provide notice to the United States Attorney for the Southern District of Iowa, under Federal Rule of Criminal Procedure 12.2, of his intent to rely upon an insanity defense at the time of any trial in this matter. He also provides notice that if he pursues an insanity defense, he will introduce expert evidence at trial relating to a mental disease bearing on the issue of guilt.

Should the government seek and the Court order that the defendant be examined under 18 U.S.C. § 4242 to determine the existence of insanity at the time of the offense, then the defendant requests the Court exercise its authority under Fed. R. Crim. P. 12.2(c)(1)(A) to order defendant to submit to a competency examination under 18 U.S.C. § 4241.

Respectfully submitted,

FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa   51101
Telephone:   712-252-4158
E-mail:   Mike_Maloney@fd.org

By:   /s/ Michael F. Maloney
MICHAEL F. MALONEY
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on December 30, 2021, I filed this document via ECF, which will serve notice of its filing to AUSA Duffy.

/s/ Geralynn Fjeldheim